M.D. SCULLY (SBN: 135853)
(mscully@gordonrees.com)
TARA L. MARTIN (SBN: 189168)
(tmartin@gordonrees.com)
JUSTIN H. AIDA (SBN: 284606)
(jaida@gordonrees.com)
GORDON & REES LLP
2211 Michelson Drive, Suite 400
Irvine, CA 92612
Telephone: (949) 255-6950
Facsimile: (949) 474-2060

Attorneys for Defendant URBAN OUTFITTERS, INC., a Pennsylvania corporation erroneously sued as URBAN OUTFITTERS.COM LP, a Pennsylvania Limited Partnership and URBAN OUTFITTERS HOLDINGS, LLC, a Pennsylvania Limited Liability Company

THOMAS J. SPEISS, III
(SBN 200949)
(TSpeiss@SYCR.com)
STRADLING YOCCA CARLSON & RAUTH, P.C.
100 Wilshire Blvd., 4th Floor
Santa Monica, California 90401
Telephone: (424) 214-7042
Facsimile: (424) 214-7010

Attorneys for Plaintiff SILLAGE, LLC

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILLAGE, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>URBAN OUTFITTERS.COM LP, a Pennsylvania Limited Partnership; URBAN OUTFITTERS HOLDINGS, LLC, a Pennsylvania Limited Liability Company; and, HENRI BENDEL, INC., a Delaware Corporation.<br><br>Defendants. | **CASE NO.: 8:14-cv-00686**<br><br>**STIPULATED ORDER OF DISMISSAL**<br><br><br>Complaint Filed: May 1, 2014 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA MONICA

**STIPULATED ORDER OF DISMISSAL**

DOCSSM/3011899v1/101734-0099

Pursuant to the Settlement Agreement between Plaintiff SILLAGE, LLC ("Sillage") and Defendant URBAN OUTFITTERS, INC., a Pennsylvania corporation erroneously sued as URBAN OUTFITTERS.COM LP, a Pennsylvania Limited Partnership and URBAN OUTFITTERS HOLDINGS, LLC, a Pennsylvania Limited Liability Company ("Urban Outfitters"), the Court ORDERS as follows:

1. The Court has jurisdiction over the parties and the subject matter at issue in this action.

2. Sillage brought claims for patent infringement under 35 U.S.C. § 271, trademark infringement under 15 U.S.C. § 1114, trade dress infringement under 15 U.S.C. § 1125(a), and unfair competition under Cal. Bus. & Prof. Code § 17200, alleging that Urban Outfitters's marketing and sale of certain Alice & Peter fragrance products caused Sillage harm. Urban Outfitters denied and continues to deny each and every allegation asserted in the action and denied and continues to deny any wrongdoing whatsoever.

3. Urban Outfitters asserted counterclaims against Sillage seeking a declaration of non-infringement and invalidity of the patents-in-suit, a declaration of non-infringement and invalidity of the subject mark, and a declaration of non-infringement of trade dress. Sillage denied and continues to deny each of these allegations.

4. Sillage and Urban Outfitters have entered into a written Settlement Agreement, the terms of which result in a final resolution of the parties' dispute.

5. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Sillage's claims against Urban Outfitters are hereby dismissed with prejudice and without costs to either party, and Urban Outfitters's counterclaims against Sillage are likewise dismissed with prejudice and without costs to either party. The Court shall retain

/ / /

/ / /

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA MONICA

-1-

**[PROPOSED] STIPULATED ORDER OF DISMISSAL**

DOCSSM/3011899v1/101734-0099

jurisdiction to enforce the terms of the Settlement Agreement entered into between the parties and this Order of Dismissal.

**IT IS SO ORDERED.**

Dated:   November 12, 2014

_____
Honorable Michael W. Fitzgerald
United States District Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA MONICA

-2-

[PROPOSED] STIPULATED ORDER OF DISMISSAL

DOCSSM/3011899v1/101734-0099